JS-6 / Entered

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VALEN ANDREW JONES,              ) Case No. EDCV 13-1513-VAP (JPR)
                                 )
            Petitioner,          )
                                 )    J U D G M E N T
        vs.                      )
                                 )
TIM PEREZ, Warden,               )
                                 )
            Respondent.          )
_____)

Pursuant to the Order Dismissing Action and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: April 24 2014

VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE